FILED
JUL 22 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 20-170 |
| ) | (18 U.S.C. §§ 2 and 231(a)(3)) |
| RAEKWON DAC BLANKENSHIP ) | **[UNDER SEAL]** |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 30, 2020, in the Western District of Pennsylvania, the defendant, RAEKWON DAC BLANKENSHIP, did commit and attempt to commit an act to obstruct, impede and interfere with a law enforcement officer lawfully engaged in the lawful performance of the officer's official duties, incident to and during the commission of a civil disorder which obstructed, delayed and adversely affected commerce and the movement of articles and commodities in commerce, to wit: the defendant, RAEKWON DAC BLANKENSHIP, incident to and during the commission of a civil disorder in the vicinity of downtown Pittsburgh and the PPG Paints Arena in the City of Pittsburgh, which disorder obstructed, delayed and adversely affected the interstate commerce activities of nearby business establishments and the movement of articles and commodities in commerce, did knowingly and willfully cause damage to a police officer's unmarked police vehicle by hitting, kicking and stomping on various parts of that vehicle, did knowingly and willfully cause damage to a police officer's marked vehicle by throwing a projectile

into the windshield, and did poke and strike multiple police horses, causing the obstruction, impediment and interference of law enforcement officers engaged in the lawful performance of their official duties.

In violation of Title 18, United States Code, Sections 2 and 231(a)(3).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352