## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __x__    Erie _____    Johnstown _____

Related to No. _____    Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. _X_ All Others

Defendant's name: Raekwon Dac Blankenship

Is indictment waived:    ____ Yes    _X_ No

Pretrial Diversion:    ____ Yes    _X_ No

Juvenile proceeding:    ____ Yes    _X_ No

Defendant is:    _X_ Male    ____ Female

Superseding indictment or information    ____ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Allegheny County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant:                      __X__ is in custody        ____ is not in custody

Name of Institution:            Allegheny County Jail

Custody is on:                  ____ this charge       __X__ another charge

                                ____ another conviction

                                __X__ State            ____ Federal

Detainer filed:                 ____ yes               __X__ no

Date detainer filed: _____

Total defendants:               _1_

Total counts:                   _1_

Data below applies to defendant No.:  _1_

Defendant's name:               Raekwon Dac Blankenship

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. §§ 2 and 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder | | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: __JUL 2 2 2020__          /s/ Jonathan D. Lusty
                                JONATHAN D. LUSTY
                                Assistant U.S. Attorney
                                PA ID No. 311180