IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-170 |
| RAEKWON DAC BLANKENSHIP | |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Raekwon Blankenship, Year of Birth: 1995, Black, Male.

2. Detained by: Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Sections 2 and 231(a)(3).

4. Detainee is presently confined in the Allegheny County Jail, Pittsburgh, Pennsylvania, awaiting a disposition of state charges.

5. The above case is set for Initial Appearance at Pittsburgh, PA on October 1, 2020, at 10:30am, and it shall therefore be necessary for detainee to be present in Court at that time.

/s/ Jonathan D. Lusty
JONATHAN D. LUSTY
Assistant U.S. Attorney
PA ID No. 311180

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

Sept. 1, 2020
DATE

Maureen P. Kelly
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney