IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 20-0170 |
| | ) |
| RAEKWON DAC BLANKENSHIP, | ) |
| | ) |
| Defendant. | ) |

## CHANGE OF PLEA

Defendant, RAEKWON DAC BLANKENSHIP, changes his plea and now enters a plea of guilty as to Count 1 in open court this 15th day of June, 2021.

With Defendant's permission

_____
Defendant's Signature

_____
Attorney for Defendant