IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-170 |
| | ) | |
| RAEKWON BLANKENSHIP | ) | |

JOINT STATUS REPORT

AND NOW come the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jonathan D. Lusty, Assistant United States Attorney for said District, jointly with the Defendant, Raekwon Blankenship, by and through his counsel, Kelvin Morris, Esquire, and respectfully file the following Joint Status Report:

1. On June 15, 2021, the defendant pled guilty to one count of Obstruction of Law Enforcement During a Civil Disorder (18 U.S.C. 231(a)(3) and 2).

2. Sentencing is scheduled for November 4, 2021 at 9:30AM.

3. This Honorable Court ordered that the parties confer and provide a joint status report to inform the Court as to whether an evidentiary hearing is needed to be held prior to sentencing.

4.      The parties agree that an evidentiary hearing is not needed.

          Respectfully submitted,

          STEPHEN R. KAUFMAN
          Acting United States Attorney

          /s/ *Jonathan D. Lusty*
          JONATHAN D. LUSTY
          Assistant U.S. Attorney
          PA ID No. 311180

          /s/ *Kelvin L. Morris*
          KELVIN L. MORRIS
          PA ID No. 321407
          *Attorney for Defendant,*
          *Raekwon Blankenship*