

The Chaplain's Office • Allegheny County Jail • 950 Second Avenue • Pittsburgh, PA 15219
412.350.2057 • foundationofhope.org

September 21, 2021
Ref: Raekwon Blankenship
DOC: 188913

To Whom It May Concern,

Mr. Blankenship has successfully completed all eight weeks of the HOPE Pre-Release Program, and he graduated on May 13, 2021.

HOPE Pre-Release is an interfaith, intensive, rehabilitative program for men and women who are interested in long-term change operated by the Foundation of HOPE in the Allegheny County Jail.

The mission of the Foundation of HOPE is to empower incarcerated and released individuals to restore their relationship with their God, rebuild their lives, and reconcile to their community.

To be eligible for the HOPE Pre-Release Program, participants must be willing to follow the motto of the program, "be open to growth: prepare for something new." Prior to COVID 19, the participants in the program lived together, meeting over 120 hours in groups that required full participation. The program is open and inclusive, encouraging people of all faiths to participate and practice their own spirituality within the context of the program. Due to current distancing requirements and the fact that volunteers are not permitted in the Allegheny County Jail at this time, participants receive their instructional materials and homework via packets. Mr. Blankenship has continued to complete his homework and remain actively engaged in the program despite all of the obstacles and changes.

The program entails eight weeks of many different evidence-based classes, including anger management, addiction and recovery, thinking and consequences, parenting, relationships, and release and reintegration. In addition to actively participating in all the sessions of the program, HOPE Pre-Release participants are expected to follow the rules of the program, complete homework assignments, and be open to grow in their understanding of themselves and their choices. After graduation, participants may choose to remain in the program and are expected to participate in their choice of graduate classes in addition to the required program.



The Chaplain's Office • Allegheny County Jail • 950 Second Avenue • Pittsburgh, PA 15219
412.350.2057 • foundationofhope.org

The Foundation of HOPE is designed to improve outcomes for people returning to communities from incarceration. By providing support, resources, and the opportunity to put what they learn into practice, we enable individuals to bring about change in their lives through choice awareness and spiritual enhancement.

Thank you for your consideration. If you need any further information, please do not hesitate to call.

Aubree Snell
HOPE Pre-Release Service Coordinator
Aubree.Snell@alleghenycounty.us
Phone: 412-350-1338