# Certificate of Completion

This is to Certify

## Raekwon Blankenship

Has Successfully Completed

## *Thinking For A Change*

WITH THE FOLLOWING CORE COMPONENTS:

Cognitive Self Change, Positive Social Skills, and Problem-Solving Techniques



PITTSBURGH MERCY
A HERITAGE OF HOPE

11 JUNE 2021

Facilitator:
*James Reid, NIC T4C*