# Certificate of Completion

is hereby granted to
Raekwon Blankenship

to certify that he has completed to satisfaction

THE SELF AWARENESS GRADUATE EDUCATION (SAGE) PROGRAM

_William A. Sorrels, M.Ed._       _October 5, 2021_

William A. Sorrels, M.Ed.      Date
(412) 883-6618